Filed 7/6/23  P. v. Balbuena CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE, | C097678 |
| Plaintiff and Respondent, | (Super. Ct. No. 05F11542) |
| v. | |
| CARLINE BALBUENA, | |
| Defendant and Appellant. | |

Defendant Carline Balbuena appeals the trial court's denial of her petition for resentencing under Penal Code section 1172.6.[1]  Appointed counsel filed a brief raising no arguable issues under *People v. Delgadillo* (2022) 14 Cal.5th 216 or *People v. Wende*

---

[1] Undesignated statutory references are to the Penal Code.  Effective June 30, 2022, the Legislature renumbered former section 1170.95 to section 1172.6.  (Stats. 2022, ch. 58, § 10.)  There were no substantive changes to the statute.  Defendant filed her petition under former section 1170.95, but we will cite to the current section 1172.6 throughout this opinion.

1

(1979) 25 Cal.3d 436 and requesting we exercise our discretion to review the entire record for arguable issues on appeal.

## DISCUSSION

On April 14, 2023, we notified defendant:  (1) counsel had filed a brief indicating no arguable issues had been identified by counsel; (2) as a case arising from an order denying postconviction relief, defendant was not entitled to counsel or to an independent review of the record; and (3) in accordance with the procedures set forth in *People v. Delgadillo*, defendant had 30 days in which to file a supplemental brief or letter raising any argument she wanted this court to consider.  In addition, we notified defendant if we did not receive a letter or brief within that 30-day period, the court may dismiss the appeal as abandoned.  More than 30 days have elapsed, and we have received no communication from defendant.

We consider defendant's appeal abandoned and order the appeal dismissed. (*People v. Delgadillo, supra*, 14 Cal.5th at p. 232.)

## DISPOSITION

The appeal is dismissed.

/s/
HORST, J.*

We concur:

/s/
ROBIE, Acting P. J.

/s/
HULL, J.

---

* Judge of the Placer County Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

3